UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ROBERTA FELIZ,

                Plaintiff,        22-cv-3975 (JGK)

    - against -               ORDER

AUGUSTA SWIM SUPPLY, INC.,
                Defendant.
---

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by **August 3, 2022**. The time for the defendant to move or to answer the amended complaint is **August 26, 2022**. If a motion, the time for the plaintiff to respond is **September 12, 2022**. The time for the defendant to reply is **September 19, 2022**. If an answer, the parties will submit a Rule 26(f) report within 14 days of the answer.

SO ORDERED.
Dated:    New York, New York
           July 20, 2022

                                      John G. Koeltl
                                 United States District Judge