```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ROBERTA FELIZ,

                Plaintiff,

    - against -

AUGUSTA SWIM SUPPLY, INC.,

                Defendant.

22-cv-3975 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for August 10, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
            August 3, 2022

                                              _____
                                              John G. Koeltl
                                         United States District Judge