UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

ROBERTA FELIZ, Individually, and On : Case No.: 1:22-CV-03975-JGK
Behalf of All Others Similarly Situated, :
:
:
Plaintiff, :
:
vs. :
: **NOTICE OF SETTLEMENT**
:
:
AUGUSTA SWIM SUPPLY, INC. :
:
Defendant. :
:
:
———————————————————— x

     Plaintiff Roberta Feliz ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Augusta Swim Supply, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

     1.     A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

     2.     The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  September 7, 2022                    **MIZRAHI KROUB LLP**


                                                    /s/ Edward Y. Kroub
                                              EDWARD Y. KROUB

                                        EDWARD Y. KROUB
                                        JARRETT S. CHARO
                                        WILLIAM J. DOWNES
                                        200 Vesey Street, 24th Floor
                                        New York, NY  10281
                                        Telephone:  212/595-6200
                                        212/595-9700 (fax)
                                        ekroub@mizrahikroub.com
                                        jcharo@mizrahikroub.com
                                        wdownes@mizrahikroub.com

                                        *Attorneys for Plaintiff*